BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: THE LITIGATION PRACTICE GROUP, PC, CREDIT REPAIR ORGANIZATIONS ACT (CROA) CONTRACT LITIGATION | ) ) ) )   MDL. No.: 3065 |

## NOTICE OF ERRATA TO BEECH PLAINTIFF'S OPPOSITION TO RESPONSE TO DEFENDANT LITIGATION PRACTICE GROUP'S MOTION TO TRANSFER ACTIONS TO THE SOUTHERN DISTRICT OF OHIO

Plaintiff Carolyn Beech respectfully submits this errata to her Opposition to Response to Defendant Litigation Practice Group's Motion to Transfer Actions to the Southern District of Ohio, which was filed on January 3, 2023, Docket entry 24, in order to correct a clerical error. At page one, the caption reads "In re: THE LITIGATION PRACTICE GROUP, PC, CREDIT REPAIR ORGANIZATIONS ACT LITIGATION" and "MDL NO.: 1:22-P-122" when, in fact, this matter, brought before the United States Judicial Panel on Multidistrict Litigation, is in regards to THE LITIGATION PRACTICE GROUP, PC, CREDIT REPAIR ORGANIZATIONS ACT (CROA) CONTRACT LITIGATION and has been assigned MDL No. 3065.

Dated: January 4, 2023                                                        Respectfully Submitted

*/s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Tara L. Goodwin
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
mail address for service:  courtecl@edcombs.com

Jason Graeber
250 Beauvoir Road, Suite 4C
Biloxi, MS 39501
(228) 207-7117
jason@jasongraeberlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2023, I served a true and correct copy of this document on Defendant's counsel, by filing this document using the Court's CM/ECF service, which sent electronic copies of the same to all counsel of record.

                                                                        */s/ Daniel A. Edelman*
                                                                         Daniel A. Edelman