BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: THE LITIGATION PRACTICE GROUP, PC, CREDIT REPAIR ORGANIZATIONS ACT (CROA) CONTRACT LITIGATION | : : : : : : | MDL. No.: 3065 |

### NOTICE OF ERRATA TO GLORIA EATON'S OPPOSITION TO LITIGATION PRACTICE GROUP, PC'S MOTION TO TRANSFER ACTIONS PURSUANT TO 28 U.S.C. § 1407

COMES NOW Plaintiff Gloria Eaton and respectfully submits this errata to her Opposition to Litigation Practice Group, PC's Motion to Transfer Actions Pursuant to 28 U.S.C. § 1497, which was filed on January 3, 2023, Docket entry 31, in order to correct a clerical error. At page one and ten (Proof of Service), the caption reads "In re: THE LITIGATION PRACTICE GROUP, PC, CREDIT REPAIR ORGANIZATIONS ACT LITIGATION" and "MDL NO.: 1:22-P-122" when, in fact, this matter, brought before the United States Judicial Panel on Multidistrict Litigation, is in regards to THE LITIGATION PRACTICE GROUP, PC, CREDIT REPAIR ORGANIZATIONS ACT (CROA) CONTRACT LITIGATION and has been assigned MDL No. 3065.

Respectfully submitted,

SKAAR & FEAGLE, LLP

By: /s/ Kris Skaar
Kris Skaar
Georgia Bar No. 649610
kskaar@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Tel.: (770) 427-5600
Fax.: (404) 601-1855

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: THE LITIGATION PRACTICE GROUP, PC, CREDIT REPAIR ORGANIZATIONS ACT (CROA) CONTRACT LITIGATION | : : : : : | MDL. No.: 3065 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that copies of the foregoing were served on all parties electronically via the Court's CM/ECF system.

This the 4th day of January, 2023,

**SKAAR & FEAGLE, LLP**

By: /s/ Kris Skaar
Kris Skaar
Georgia Bar No. 649610
kskaar@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Tel.: (770) 427-5600
Fax.: (404) 601-1855